Criminal Notice of Appeal - Form A

## NOTICE OF APPEAL

### United States District Court

_____ District of Connecticut _____

Caption

United States of America

John G. Rowland

Docket No 3 14cr79 (JBA)

Janet Bond Arterton _____

(District Court Judge)

Notice is hereby given that John G. Rowland    - - - appeals to the United States Court of

Appeals for the Second Circuit from the Judgment    ,, other I

(specify)

entered in this action on March 26, 2015

(date)

This appeal concerns Conviction only |___ Sentence only |___| Conviction & Sentence | ∨ Other )___

Defendant found guilty by plea I    I trial ↓ ∨ N/A

Offense occurred after November 1, 1987? Yes I V No [    N/A [

Date of sentence March 18, 2015 _____    N/A1 |

Bail/Jail Disposition Committed | ∨ Not committed )    N/A )

Defendant ordered to self surrender on June 16, 2015

Appellant is represented by counsel? Yes V I No    **If** yes, provide the following information

Defendant's Counsel    Andrew L. Fish, Locke Lord LLP

Counsel's Address    3 World Financial Center

New York, NY 10281

Counsel's Phone    212 415 8541

Assistant U.S. Attorney    Christopher M Mattel

AUSA's Address    450 Main Street

Hartford, CT 06103

AUSA's Phone.    860 947 1101

_____

Signature

**Certificate of Service**

I hereby certify that a copy of the foregoing Notice of Appeal is being filed

manually with the district court clerk, together with a CD-ROM disk containing a

copy of the same in PDF format. I also certify that on March 27, 2015, a copy of

foregoing Notice of Appeal was mailed, postage prepaid, upon the following

counsel of record:

Christopher M. Mattei, Esq.
U.S. Attorney's Office for the District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
Tel: (860) 947-1101
Christopher.Mattei@usdoj.gov


Andrew L. Fish [phv07196]
Locke Lord LLP
3 World Financial Center
New York, NY 10281
Phone: (212) 415-8541
Fax: (646) 839-2843
E-mail: afish@lockelord.com